IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-05-409 |
| | § | C.A. No. C-06-237 |
| THOMAS ROY SMITH, | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Thomas Roy Smith's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 17th day of November, 2006.

_____
Janis Graham Jack
United States District Judge